# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 7:23-CR-_____ |
| | : | |
| v. | : | VIOLATIONS: |
| | : | 18 U.S.C. § 1028A(a)(1) |
| **TERESA PAULO,** | : | 18 U.S.C. § 1344(2) |
| | : | |
| **Defendant.** | : | |
| | : | |

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT ONE
### (Aggravated Identity Theft)

On or about February 5, 2020, in the Valdosta Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**TERESA PAULO,**

did knowingly transfer, possess, and use, without lawful authority, means of identification of another person, to wit: the username and password for Victim No. 3, whose identity is known to the United States Attorney. The defendant did so in relation to the commission of a felony enumerated in Title 18, United States Code, Section 1028A(c)(5), to wit: Title 18, United States Code, Section 1344(2). All in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT TWO
### (Bank Fraud)

From on or about July 2, 2014, to on or about May 31, 2020, in the Valdosta Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**TERESA PAULO,**

did knowingly execute and attempt to execute a scheme and artifice to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of,

Southern Pine Credit Union, a federally insured financial institution, by means of false and fraudulent pretenses, representations, and promises, in that the defendant knowingly caused to be paid more than two hundred (200) electronic and share draft payments for her and her family's financial benefit, totaling over $1,200,000, which were paid by Southern Pine Credit Union. All in violation of Title 18, United States Code, Section 1344(2).

## EXECUTION OF THE SCHEME

For the purpose of executing this fraudulent scheme, beginning on or about October 20, 2011, and ending on or about May 31, 2020, the defendant took out fraudulent loans from Southern Pine Credit Union in the names of certain relatives, whose identities are known to the United States Attorney, unbeknownst to them, for her and her family's benefit. The defendant then disbursed the money from the loans to an account over which she had partial control and a family member's dormant account for spending purposes by electronic transfer. The defendant would then transfer the money from the dormant account to her personal account by forging the signature of others on drafts, and then transfer the money from her personal account to an account over which she had partial control for spending purposes, and also by using the usernames and passwords of coworkers without lawful authority. She used the money for her benefit and her family's benefit. The defendant, who at all relevant times was employed by Southern Pine Credit Union, used her position to take further actions to cover the transactions from being discovered by Southern Pine Credit Union or outside auditors by posting fraudulent deposits to Southern Pine Credit Union share drafts.

RESPECTFULLY SUBMITTED, this 9th day of August, 2023.

        PETER D. LEARY
        UNITED STATES ATTORNEY

BY:    <u>*s/ Hannah M. Couch*</u>
        HANNAH M. COUCH
        Assistant United States Attorney
        Georgia Bar No. 825706
        United States Attorney's Office
        Post Office Box 1702
        Macon, Georgia 31202
        Telephone: (478) 752-3511
        Facsimile: (478) 621-2655
        Email: hannah.couch@usdoj.gov

        *Attorney for the United States of America*

## **CERTIFICATE OF SERVICE**

I, Hannah M. Couch, Assistant United States Attorney, hereby certify that I electronically filed the within and foregoing **INFORMATION** by filing said notice with the Clerk of the Court using the CM/ECF system.

This the 9th day of August, 2023.

                          PETER D. LEARY
                          UNITED STATES ATTORNEY

BY:    *s/ Hannah M. Couch*
           HANNAH M. COUCH
           Assistant United States Attorney
           Georgia Bar No. 825706
           United States Attorney's Office
           Post Office Box 1702
           Macon, Georgia 31202
           Telephone: (478) 752-3511
           Facsimile: (478) 621-2655
           Email: hannah.couch@usdoj.gov

*Attorney for the United States of America*